IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FedEx Ground Package System Inc., ) | |
| ) | |
| Plaintiff/Counterclaim ) | Civil Action No. 03-1512 |
| Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| Applications International Corporation, ) | |
| ) | |
| Defendant/Counterclaim ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Computer Aid, Inc., FedEx Supply Chain ) | |
| Services, Inc., FedEx Ground Package System ) | |
| Ltd., ) | |
| ) | |
| Additional Counterclaim ) | |
| Defendants. ) | |

ORDER OF COURT

AND NOW, this 24TH day of April, 2007, upon consideration of the Joint Motion to Amend Case Management Order, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED. It is further ordered that all expert discovery, including expert depositions, shall be completed on or before May 4, 2007. All other terms of the Case Management Order remain unchanged.

By the Court:

_____
United States District Judge