676723.1                                                                                          C.A. No. 03-1512

| | |
|---|---|
| FEDEX GROUND PACKAGE SYSTEM, INC., | ) ) ) |
| Plaintiff and Counterclaim Defendant, | ) ) Civil Action No. 03-1512 ) |
| vs. | ) Judge Gary L. Lancaster ) |
| APPLICATIONS INTERNATIONAL CORPORATION, | ) ) ) |
| Defendant and Counterclaim Plaintiff, | ) ) ) |
| vs. | ) ) |
| COMPUTER AID, INC., et al. | ) ) |
| Additional Counterclaim Defendants. | ) ) |

### ORDER OF COURT

AND NOW, this 4th day of May, 2007, upon consideration of the Motion to Extend the Deadline for Expert Discovery and to Compel Expert Depositions, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. It is further ordered the all expert discovery shall be completed on or before May 21, 2007, and that Plaintiff FedEx Ground Package System, Inc. shall make its expert witnesses available for deposition during the week of May 14, 2007.

BY THE COURT:

_____ J.
United States District Judge