IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDEX GROUND PACKAGE SYSTEMS, INC., <br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> APPLICATIONS INTERNATIONAL CORPORATION, <br> Defendant/Counter-Plaintiff <br><br> v. <br><br> COMPUTER AID, INC., et. al., <br> Additional Counter-Defendants. | Civil Action No. 03-1512 |

O R D E R

Therefore, this 17th day of May, 2007, IT IS HEREBY ORDERED that Defendant's Motion to Strike [document #182] is DENIED. IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to File Supplemental Appendix and Supplemental Concise Statement of Material Facts [document #192] is DENIED AS MOOT.

BY THE COURT:

_____, J.

cc:   All Counsel of Record