IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDEX GROUND PACKAGE SYSTEM, INC. | ) ) |
| Plaintiff/Counter-Defendant | ) ) ) |
| v. | ) ) |
| APPLICATIONS INTERNATIONAL CORPORATION | ) ) ) Civil Action No. 03-1512 |
| Defendant/Counter-Plaintiff | ) ) ) ) |
| v. | ) ) |
| COMPUTER AID, INC.; FEDEX SUPPLY CHAINS SERVICES, INC.; FEDEX GROUND PACKAGE SYSTEM LTD., | ) ) ) ) |
| Counter-Defendants | ) |

<u>ORDER</u>

AND NOW, this 12th day of September, 2008, IT IS HEREBY ORDERED that a status conference will be held before the undersigned on Monday, September 22, 2008 at 1:30 p.m..

BY THE COURT:

s/Gary L. Lancaster    , J.
Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record