| | |
|---|---|
| FEDEX GROUND PACKAGE SYSTEM, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> APPLICATIONS INTERNATIONAL CORPORATION, <br><br> Defendant and Counterclaim Plaintiff, <br><br> vs. <br><br> COMPUTER AID, INC., et al. <br><br> Additional Counterclaim Defendants. | Civil Action No. 03-1512 <br><br> Judge Gary L. Lancaster |

**ORDER OF COURT**

AND NOW, this 15th day of September, 2008, upon consideration of the Motion to Reschedule Status Conference, it is hereby ORDERED that the status conference currently scheduled for Monday, September 22, 2008, at 1:30 p.m. is rescheduled for Wednesday, September 24, 2008, at 2 p.m.

BY THE COURT:

_____ J.
United States District Judge