666125.1                                    C.A. No. 03-1512

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDEX GROUND PACKAGE SYSTEM, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> APPLICATIONS INTERNATIONAL CORPORATION, <br><br> Defendant and Counterclaim Plaintiff, <br><br> vs. <br><br> COMPUTER AID, INC., et al. <br><br> Additional Counterclaim Defendants. | Civil Action No. 03-1512 <br><br> Judge Gary L. Lancaster |

## ORDER OF COURT

AND, NOW, to-wit, this 28th day of July, 2009, upon consideration of Defendant's Motion for Leave to Amend Trial Exhibit List, it is hereby ORDERED that said Motion is granted. Within ten days of the date of this Order, Applications International Corporation shall file an Pre-trial Exhibit List amended as set forth in its Motion.

BY THE COURT:

United States District Court