```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FEDEX GROUND PACKAGE SYSTEM,    )
INC.,                           )
        Plaintiff,              )
                                )
    v.                          )
                                )
APPLICATIONS INTERNATIONAL      )
CORPORATION,                    )
        Defendant,              ) Civil Action No. 03-1512
                                )
    v.                          )
                                )
COMPUTER AID, INC.,             )
        Third-party             )
        Defendant.              )
```

**ORDER**

AND NOW, this 12th day of February, 2010, IT IS HEREBY ORDERED that jury selection and trial in the instant case, scheduled to begin February 16, 2010, is hereby re-scheduled to begin on Monday, March 8, 2010 at 9:30 a.m. in Courtroom #3A, 3rd floor, U.S. Courthouse, Pittsburgh, Pennsylvania.

                                BY THE COURT:

                                s/Gary L. Lancaster        , J.
                                Hon. Gary L. Lancaster,
                                Chief United States District Judge

cc:   All Counsel of Record