IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FEDEX GROUND PACKAGE SYSTEM,      )
INC.,                             )
            Plaintiff,            )
                                  )
      v.                          )
                                  )
APPLICATIONS INTERNATIONAL        )
CORPORATION,                      )
            Defendant,            )  Civil Action No. 03-1512
                                  )
      v.                          )
                                  )
COMPUTER AID, INC., FEDEX         )
SUPPLY CHAIN SERVICES, INC.,      )
and FEDEX GROUND PACKAGE          )
SYSTEM, LTD.,                     )
            Third-party           )
            Defendants            )

## ORDER OF COURT

AND NOW, this 24th day of March, 2010, for the reasons stated on the record, the court has been advised that the instant case has been resolved and the only remaining matter is the submission of a stipulation of discontinuance for approval by the court.  Therefore, there being no further action needed by the court at this time, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case closed.

BY THE COURT:

_____, C.J.
Gary L. Lancaster,
Chief United States District Judge

cc:   All Counsel of Record