IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDEX GROUND PACKAGE SYSTEM, INC., | ) ) ) |
| Plaintiff and Counterclaim Defendant, | ) ) ) ) |
| vs. | ) ) |
| APPLICATIONS INTERNATIONAL CORPORATION, | ) ) ) |
| Defendant and Counterclaim Plaintiff, | ) ) ) ) |
| vs. | ) ) |
| COMPUTER AID, INC., et al. | ) ) ) |
| Additional Counterclaim Defendants. | ) ) |

**ELECTRONICALLY FILED**

Civil Action No. 03-1512

Judge Gary L. Lancaster

## ORDER

AND, NOW, this 20th day of April, 2010, upon consideration of the written response filed by Applications International Corporation to this Court's April 6, 2010 Order to Show Cause, it is hereby ORDERED that Applications International Corporation shall pay to the Clerk of this Court within ten (10) days from the date of this Order the sum of $10,830.85 as payment in full of the assessed jury costs incurred in this matter. Further, it is hereby ORDERED that the hearing scheduled for April 27, 2010, at 2:00 p.m., is cancelled.

BY THE COURT:

_Gary L. Lancaster_, C.J.

cc: All Counsel of Record
FINANCE SECTION - CLERKS OFFICE
JURY OFFICE