IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDEX GROUND PACKAGE SYSTEM, INC., | ) ) ) | Civil Action No. 03-1512 |
| Plaintiff/Counter-Defendant, | ) ) | |
| v. | ) ) ) | Hon. Gary L. Lancaster<br>Chief United States District Judge |
| APPLICATIONS INTERNATIONAL CORPORATION, | ) ) ) ) | Filed Electronically |
| Defendant/Counter-Plaintiff, | ) ) | |
| v. | ) ) ) | |
| COMPUTER AID, INC; FEDEX SUPPLY CHAIN SERVICES, INC.; FEDEX GROUND PACKAGE SYSTEM LTD., | ) ) ) ) | |
| Additional Counter-Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant FedEx Ground Package System, Inc., Additional Counter-Defendants Computer Aid, Inc., FedEx Supply Chain Services, Inc. and FedEx Ground Package System Ltd., and Defendant/Counter-Plaintiff Pava Applications International Corporation t/d/b/a Applications International Corporation, by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of the above-captioned action and all claims and counterclaims asserted by all parties therein. Each party will bear its own costs, attorneys' fees and expenses.

Stipulated this 18th day of May, 2010.

/s/ Christopher M. Verdini
Patrick J. McElhinny, Pa. I.D. No. 53510
Christopher M. Verdini, Pa. I.D. No. 93245
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613
Telephone: 412-355-6500
Facsimile: 412-355-6501

patrick.mcelhinny@klgates.com
christopher.verdini@klgates.com

Counsel for Plaintiff/Counter-Defendant and
Additional Counter-Defendants

/s/ Andrew L. Noble
Ronald L. Hicks, Jr., Pa. I.D. No. 49250
Andrew L. Noble, Pa. I.D. No. 90874
MEYER, UNKOVIC & SCOTT LLP
1300 Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

rlh@muslaw.com
aln@muslaw.com

Counsel for Defendant/Counter-Plaintiff

SO ORDERED this 18th day of May, 2010.

BY THE COURT:

_____
Lancaster, C.J.